# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bradford R. Johnson, and<br>Ann C. Johnson | : | Bankruptcy No. 22-21211-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Ann C. Johnson, | : | |
| | : | Document No. 37 |
| Movant, | : | |
| | : | Related to Document No. 36 |
| v. | : | |
| Julia Daisy Fraustino, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 3, 2022, via first class mail postage prepaid:

**Julia Daisy Fraustino**
**111 Merino Drive**
**Canonsburg, PA 15317**

Executed on: November 3, 2022

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor