**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRADFORD R. JOHNSON<br>ANN C. JOHNSON<br>　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>JPMORGAN CHASE BANK NA<br>　　　　Respondents | Case No. 22-21211CMB<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 4960.

Regular mortgage payments are currently being directed to the following creditor at the following address:

JPMORGAN CHASE BANK NA
3415 VISION DR
MAIL CODE OH4-7142
COLUMBUS,OH 43219

Movant has been requested to send payments to:
MR. COOPER
ATTN: CUSTOMER SERVICE DEPARTMENT
LAKE VISTA 4 800 STATE HWY 121 BYPASS
LEWISVILLE, TX 75067
4960

The Chapter 13 Trustee's CID Records of JPMORGAN CHASE BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/15/2022.

cc:    Debtor
      Original creditor
      Putative creditor
      Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
BRADFORD R. JOHNSON, ANN C. JOHNSON, 223 WALNUT DRIVE, VENETIA, PA  15367

DEBTOR'S COUNSEL:
BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086

:
CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA 71203

ORIGINAL CREDITOR:
JPMORGAN CHASE BANK NA, 3415 VISION DR, MAIL CODE OH4-7142, COLUMBUS, OH  43219

ORIGINAL CREDITOR'S COUNSEL:
MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH  43216-5028

NEW CREDITOR:
MR. COOPER
ATTN: CUSTOMER SERVICE DEPARTMENT
LAKE VISTA 4 800 STATE HWY 121 BYPASS
LEWISVILLE, TX 75067