WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  BRADFORD R. JOHNSON  Chapter 13
ANN C. JOHNSON  Case Number: 22-21211

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 08/18/2022, marked as claim number 7 on the court's claims register, for the account number ending in 0001, and in the amount of $167.11.

Dated: 03/14/2023

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 7712227Withdraw

0001