IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Bradford R. Johnson, | : | Bankruptcy Case No.: 22-21211-CMB |
| Ann C. Johnson, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| Bradford R. Johnson, | : | Document No.: 50 |
| Ann C. Johnson, | : | |
| | : | Related to Document No.: |
| Movant, | : | |
| | : | Related to Claim No.: 6 |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC, | : | |
| | : | |
| Respondent. | : | |

**DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on November 8, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, Debtors have paid the escrow shortage of $283.77 directly to Nationstar Mortgage LLC. Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: November 28, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com