# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Bradford R. Johnson, Ann C. Johnson, | : | Bankruptcy Case No.: 22-21211-CMB |
| | : | Chapter 13 |
| Debtor. | : | |
| Bradford R. Johnson, Ann C. Johnson, | : | Document No.: 51 |
| | : | Related to Document No.: 50 |
| Movant, | : | Related to Claim No.: 6 |
| v. | : | |
| Nationstar Mortgage LLC, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on November 28, 2023, on the interested parties listed below:

RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: November 28, 2023

By: /s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com