IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bradford R. Johnson and Ann C. Johnson<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>22-21211-CMB |
| Nationstar Mortgage LLC<br>    Movant.<br>v.<br>Bradford R. Johnson and Ann C. Johnson<br>    Debtors/Respondents,<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Notice of Mortgage Payment Change filed with the Court on November 8, 2023, Claim 6.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bradford R. Johnson and Ann C. Johnson<br>        Debtors, | BANKRUPTCY CASE NUMBER<br>22-21211-CMB |
| Nationstar Mortgage LLC<br>        Movant.<br>v.<br>Bradford R. Johnson and Ann C. Johnson<br>        Debtors/Respondents,<br>Ronda J. Winnecour, Trustee<br>        Additional Respondent. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

     I, the undersigned, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Notice of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 19th day of December, 2023:

Bradford R. Johnson
223 Walnut Drive
Venetia, PA 15367

Ann C. Johnson
223 Walnut Drive
Venetia, PA 15367

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
bthompson@ThompsonAttorney.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com