## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21211-CMB |
| | ) | |
| Bradford R. Johnson, | ) | Chapter 13 |
| Ann C. Johnson, | ) | |
| | ) | |
| Debtors. | ) | Document No. 61 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 55, 56 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | March 26, 2024, at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSTATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on February 20, 2024, at Document No. 55 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 56, Objections were to be filed and served no later than March 8, 2024.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 55 be entered by the Court.

Date: <u>March 11, 2024</u>

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com