# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 22-21211-CMB |
| ) | |
| Bradford R. Johnson, ) | Chapter 13 |
| Ann C. Johnson, ) | |
| ) | |
| Debtors. ) | Document No. |
| _____) | |
| Thompson Law Group, P.C., ) | Related to Document No. 55 |
| ) | |
| Applicant, ) | **Hearing date and time:** |
| vs. ) | March 26, 2024 at 1:30 p.m. |
| ) | |
| No Respondent. ) | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$6,480.00** for services rendered on behalf of the Debtor for the period between March 24, 2022 through February 20, 2024, which represents $6,480.00 in attorney fees and $93.04 in costs.

Date: 3/11/2024

_Carlota M. Böhm_ dmk
U.S. Bankruptcy Court Judge

FILED
3/11/24 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21211-CMB |
| Bradford R. Johnson | Chapter 13 |
| Ann C. Johnson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Mar 11, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradford R. Johnson, Ann C. Johnson, 223 Walnut Drive, Venetia, PA 15367-1446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brian C. Thompson
     on behalf of Debtor Bradford R. Johnson bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
     on behalf of Joint Debtor Ann C. Johnson bthompson@ThompsonAttorney.com
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Christopher A. DeNardo
     on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Denise Carlon
     on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 11, 2024 | Form ID: pdf900 | Total Noticed: 1

Heather Stacey Riloff
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com Michelle@mvrlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Peters Township jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Nationstar Mortgage LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 11