2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 22-21211-CMB
### Chapter 13

In re: Debtor(s) (including Name and Address)

Bradford R. Johnson
223 Walnut Drive
Venetia PA 15367

Ann C. Johnson
223 Walnut Drive
Venetia PA 15367

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/03/2024.

Name and Address of Alleged Transferor(s):

Claim No. 6: Nationstar Mortgage LLC, RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Nationstar Mortgage LLC
c/o Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/05/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 22-21211-CMB

Bradford R. Johnson                                                       Chapter 13

Ann C. Johnson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                              Page 1 of 2

Date Rcvd: Apr 03, 2024                       Form ID: trc                     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15558242 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 04 2024 00:13:00 | Nationstar Mortgage LLC, RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Bradford R. Johnson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Ann C. Johnson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |

District/off: 0315-2                               User: auto                                                    Page 2 of 2
Date Rcvd: Apr 03, 2024                         Form ID: trc                                              Total Noticed: 1

Jeffrey R. Hunt
　　　　　　　　on behalf of Creditor Peters Township jhunt@grblaw.com

Keri P. Ebeck
　　　　　　　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
　　　　　　　　btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
　　　　　　　　on behalf of Creditor Nationstar Mortgage LLC pawb@fedphe.com

Ronda J. Winnecour
　　　　　　　　cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
　　　　　　　　on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com


TOTAL: 11