**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Bradford R. Johnson, | : | Bankruptcy Case No.: 22-21211-CMB |
| Ann C. Johnson, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Bradford R. Johnson, | : | Document No.: |
| Ann C. Johnson, | : | |
| Movants, | : | |
| | : | Related to Claim No.: 6 |
| v. | : | |
| | : | |
| Rocket Mortgage, LLC s/b/m | : | : |
| Nationstar Mortgage LLC, | : | |
| Respondent. | : | |

**DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC's Mortgage Payment Change filed on February 20, 2026, after reasonable investigation and upon review of the existing Chapter 13 Plan, Debtors have agreed to pay the escrow shortage of $53.68 directly to Nationstar Mortgage LLC.  Debtors' Plan remains sufficient.

Respectfully Submitted,

Date:  March 11, 2026

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com